NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHNNY PHILLIPS, #C01681, )
 )
  Appellant, )
 )
v. )
 ) Case No.  2D17-4366
STATE OF FLORIDA, )
 )
  Appellee. )
_____)

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Johnny Phillips, pro se.


PER CURIAM.


   Affirmed.


KELLY, SLEET, and SALARIO, JJ., Concur.